AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TAMMY JOHNSON-TINGLEY,

*Plaintiff*

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 1:16-CV-3201-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 13, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 14, is GRANTED.
Judgment is be entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Robert H. Whaley   on motions for summary judgment ECF Nos. 13 and 14.

Date: November 17, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer